UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2026

MAMADOU CISSE,

                Plaintiff,

        -v-

JOHN ANTONOPOULOS JR, ET AL.

                Defendants.

**ORDER**

25-CV-9575 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of plaintiff's filing at ECF No. 10 regarding service upon defendants. Although service was not effectuated within 90 days, the request that the Court retroactively extend the deadline for service is **GRANTED**, and the undersigned will consider this service to be timely.

As Defendant John Antonopoulos Jr. was served on February 19, 2026, *see* ECF No. 10-1, he shall respond to the complaint by **March 12, 2026**. As Defendant Clean Harbors Environmental Services, Inc. was served on February 18, 2026, *see* ECF No. 10-2, it shall respond to the complaint by **March 11, 2026**.

**SO ORDERED.**

Dated: March 4, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1