UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2026_

MAMADOU CISSE,

                 Plaintiff,

        -v-

JOHN ANTONOPOULOS JR, ET AL.

             Defendants.

**ORDER**

25-CV-9575 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the March 31, 2026 Case Management Plan and Scheduling Order, ECF No. 16, the parties were directed to file a joint status letter by May 29, 2026. To date, so far as the docket reflects, the parties have not filed a joint status letter. The undersigned *sua sponte* extends the deadline for the parties to file a joint status letter, not to exceed 3 single-spaced pages, to **June 8, 2026.**

**SO ORDERED.**

Dated: June 1, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge