USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU CISSE,

Plaintiff,

-v-

JOHN ANTONOPOULOS JR, ET AL.

Defendants.

**ORDER**

25-CV-9575 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated June 3, 2026, ECF No. 20, the parties were directed to file a joint status letter by August 3, 2026. To date, so far as the docket reflects, the parties have not filed a joint status letter. The undersigned *sua sponte* extends the deadline for the parties to file a joint status letter to **August 10, 2026.**

**SO ORDERED.**

Dated: August 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge