USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU CISSE,

Plaintiff,

-v-

JOHN ANTONOPOULOS JR, ET AL.

Defendants.

**ORDER**

25-CV-9575 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on August 20, 2026 to discuss the status of discovery. The parties are directed to adhere to the following deadlines:

- Defendants shall serve subpoenas for post-accident medical records by **August 28, 2026**;
- Plaintiff shall provide information regarding pre-accident medical records by **August 28, 2026** and Defendants shall serve any additional subpoenas for such medical records within 10 days thereafter;
- Defendants shall respond to Plaintiff's April 10, 2026 document demands and interrogatories by **September 22, 2026**;
- All fact discovery shall be completed by **November 9, 2026**;
- All expert discovery shall be completed by **March 1, 2027**.

The parties are further directed to submit a joint letter regarding the status of discovery by **October 5, 2026**. The parties are reminded that any extension

requests must be made by letter motion filed on the docket; extension requests should not be included in status letters.

**SO ORDERED.**

Dated: August 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge