USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU CISSE,

Plaintiff,

-v-

JOHN ANTONOPOULOS JR, ET AL.

Defendants.

**ORDER**

25-CV-9575 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter. ECF No. 28. The status letter is not sufficiently detailed. The parties have until **October 16, 2026** to file a more detailed status letter describing their progress as to the items discussed on August 20, 2026 and listed in the August 20, 2026 order. ECF No. 27. As noted in that order, any request for an extension must be made by letter motion, not by status report. The existing deadlines set forth in that order remain in place.

**SO ORDERED.**

Dated: October 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge