USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU CISSE,

Plaintiff,

-v-

JOHN ANTONOPOULOS JR, ET AL.

Defendants.

**ORDER**

25-CV-9575 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 33 (the "Letter Motion"), seeking to compel the production of documents from Athena Chiropractic PC, Bowen Pain Center, Crotona Ambulatory Surgery Center, Finesse Care Physical Therapy, New York Medical Center, Quality Ortho Complete Joint Care, and Roosevelt Family Chiropractic (the "Third Parties"). The Third Parties are directed to file any response to the Letter Motion by **November 17, 2026**. The undersigned will hold a conference by telephone to address the Letter Motion on **December 2, 2026** at **11:00 a.m.** Counsel for Plaintiff, Defendants, and the Third Parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 997 961 985#).

Defendants are directed to serve a copy of this order on the Third Parties.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge